UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TUDOR, SONJA | § | Case No. 09-00022 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 05/21/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/13/2010        By: /s/ Michael G. Berland
                                             Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: TUDOR, SONJA § Case No. 09-00022
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $    6,143.53

*and approved disbursements of*              $        0.00

*leaving a balance on hand of* [1]           $    6,143.53

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | MICHAEL G. BERLAND | $ 1,364.30 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*            *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,600.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Recovery Management Systems Corporation For Capital Recovery | $ 4,789.34 | $ 194.64 |
| 3 | Recovery Management Systems Corporation for Capital Recovery | $ 3,775.65 | $ 153.44 |
| 4 | PYOD LLC as assignee of Citibank c/o Resurgent Capital | $ 5,678.22 | $ 230.76 |
| 5 | PYOD LLC as assignee of Citibank c/o Resurgent Capital | $ 10,829.09 | $ 440.09 |
| 6 | PYOD LLC asassignee of Citibank c/o Resurgent Capital | $ 14,606.76 | $ 593.61 |
| 7 | Chase Bank USA, N.A. | $ 10,377.94 | $ 421.75 |
| 8 | Chase Bank USA, N.A. | $ 18,761.08 | $ 762.44 |
| 9 | Chase Bank USA, N.A. | $ 8,357.23 | $ 339.63 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 10 | Chase Bank USA, N.A. | $ 3,957.22 | $ 160.82 |
| 11 | American Express Bank, FSB | $ 13,671.41 | $ 555.60 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA by American Infosource | $ 22,796.77 | $ 926.45 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)


Case 09-00022    Doc 25    Filed 04/15/10    Entered 04/18/10 19:56:51    Desc Imaged
                    Certificate of Service      Page 6 of 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: kseldon              Page 1 of 2                  Date Rcvd: Apr 15, 2010
Case: 09-00022                 Form ID: pdf006            Total Noticed: 47


The following entities were noticed by first class mail on Apr 17, 2010.
db           +Sonja Tudor,   633 Pheasant Trail,   Frankfort, IL 60423-9589
aty          +Patrick A Meszaros,   Law Offices Of Patrick A Meszaros,    1100 W. Jefferson Street,
               Joliet, IL 60435-6814
tr           +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
13015221     +Allied Interstate Inc.,   3000 Corporate Exchange Dr.,   Ste. 600,   Columbus, OH 43231-7690
13015222      American Express,   P. O. Box 650448,   Dallas, TX 75265-0448
14598644      American Express Bank, FSB,   POB 3001,   Malvern, PA 19355-0701
13015223      Bank of America,   P.O. Box 17404,   Baltimore, MD 21297-1404
13015224     +Blatt, Hasenmiller, Leibsker & Moor,   125 S. Wacker Drive Ste. 400,   Chicago, IL 60606-4440
13015225     +Blitt & Gaines, P.C.,   318 W. Adams St.,   Suite 1600,   Chicago, IL 60606-5100
13015226     +Blitt & Gaines, P.C.,   661 Glenn Avenue,   Wheeling, IL 60090-6017
13015227     +Bronson & Migliaccio LLP,   799 Roosevelt Rd. Bldg. 6,    Suite 316 A,   Glen Ellyn, IL 60137-5908
13015228    ++COLLECT AMERICA LTD,   4340 S MONACO PKWY,   2ND FL,   DENVER CO 80237-3408
             (address filed with court: Cach LLC,   370 17th Street,   Suite 5000,   Denver, CO 80202)
13015229     +Capital 1 BK,   11013 W. Broad Street,   Glen Allen, VA 23060-5937
13015230      Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
13015231     +Central Credit Services, Inc.,   P.O. Box 15118,   Jacksonville, FL 32239-5118
13015232     +Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
14596005      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13015233     +Chicago Department of Revenue,   C/O Arnold Scott Harris, PC,   600 W. Jackson Blvd, Suite 720,
               Chicago, IL 60661-5683
13015235      Citi Bank,   P.O. Box 6003,   Hagerstown, MD 21747-6003
13015234     +Citi Bank,   PO Box 6000,   The Lakes, NV 88901-6000
13015236     +CitiBank,   Client Services Inc.,   PO Box 1503,   Saint Peters, MO 63376-0027
13015237     +City of Chicago,   Department of Water Management,   P.O. Box 6330,   Chicago, IL 60680-6330
13015238     +Duck Under Again LLC,   25 8th Ave.,   Brooklyn, NY 11217-3767
13015239     +ES Windows Inc,   4562 N. Elston Ave,   Chicago, IL 60630-4215
13015240      GMAC Mortgage Company,   P.O. Box 9001719,   Louisville, KY 40290-1719
13015245     +HSBC,   Bankruptcy Dept.,   6602 Convoy Ct.,   San Diego, CA 92111-1009
13015241     +Hari Kadric,   5007 N. Sawyer,   Chicago, IL 60625-4902
13015242     +Harris & Harris, Ltd,   600 W. Jackson St., Suite 400,   Chicago, IL 60661-5675
13015243     +Heller and Frisone LTD,   33 N. LaSalle St. Suite 1200,   Chicago, IL 60602-2866
13485305     +Hinsdale Bank & Trust Co.,   C/O Donald L Newman & Associates,   11 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1224
13015247      Macy's,   P.O. Box 689195,   Des Moines, IA 50368-9195
13015248      Maryland NTL Bank NA,   799 Roosevelt Rd,   Bldg-6 Suite 316A,   Glen Ellyn, IL 60137
13015250     +NES,   29125 Solon Road,   Solon, OH 44139-3442
14587692     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
13015251     +Peoples Gas,   130 E. Randolph St.,   Chicago, IL 60601-6302
13015252     +Sandrick Law Firm LLC,   1581 Huntington Drive,   Calumet City, IL 60409-5440
13015254     +Sentry Credit,   2809 Grand Ave.,   Everett, WA 98201-3417
13015253      Sentry Credit,   P.O. Box 12070,   Everett, WA 98206-2070
13015255     +South Shore Decorating,   PO Box 5567,   Chicago, IL 60680-5567
13015256      Visa,   PO BOX 4521,   Carol Stream, IL 60197-4521
13015257     +Zwicker & Associates, P.C.,   Attorneys At Law,   80 Minuteman Road,   Andover, MA 01810-1008
The following entities were noticed by electronic transmission on Apr 15, 2010.
14843443      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2010 03:59:38
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
13015244     +Fax: 866-543-0087 Apr 16 2010 03:29:32     Hinsdale Bank & Trust Company,   25 E. First St.,
               Hinsdale, IL 60521-4119
13015246      E-mail/Text: JPF-EBN@jpfryelaw.com                            John P. Frye, P.C.,   PO Box 13665,
               Roanoke, VA 24036-3665
13015249      E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2010 02:14:09     Menards,   P.O. Box 6151,
               Rapid City, SD 57709-6151
14546287     +E-mail/PDF: rmscedi@recoverycorp.com Apr 16 2010 02:14:10
               Recovery Management Systems Corporation,   For Capital Recovery II LLC,
               As Assignee of Sears - SEARS GOLD MASTER,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14546286     +E-mail/PDF: rmscedi@recoverycorp.com Apr 16 2010 02:14:10
               Recovery Management Systems Corporation,   For Capital Recovery II LLC,
               As Assignee of HSBC RETAIL,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: kseldon           Page 2 of 2              Date Rcvd: Apr 15, 2010
Case: 09-00022                Form ID: pdf006         Total Noticed: 47

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2010**                    **Signature:**            /s/ Joseph Speetjens