# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: TUDOR, SONJA | § Case No. 09-00022 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $36,500.00 |
| Total Distribution to Claimants: $4,779.79 | Claims Discharged Without Payment: $266,356.25 |
| Total Expenses of Administration: $1,364.30 | |

3) Total gross receipts of $ 6,144.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,144.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $3,323.28 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,364.30 | 1,364.30 | 1,364.30 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 187,802.08 | 117,600.71 | 117,600.71 | 4,779.79 |
| **TOTAL DISBURSEMENTS** | $187,802.08 | $122,288.29 | $118,965.01 | $6,144.09 |

4) This case was originally filed under Chapter 7 on January 02, 2009.
. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/07/2010          By: /s/MICHAEL G. BERLAND
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refund-unscheduled | 1224-000 | 6,142.00 |
| Interest Income | 1270-000 | 2.09 |
| **TOTAL GROSS RECEIPTS** | | **$6,144.09** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hinsdale Bank & Trust Co. | 4110-000 | N/A | 3,323.28 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$3,323.28** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,364.30 | 1,364.30 | 1,364.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,364.30 | 1,364.30 | 1,364.30 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Recovery Management Systems Corporation For Capital | 7100-000 | N/A | 4,789.34 | 4,789.34 | 194.66 |
| Recovery Management Systems Corporation for Capital | 7100-000 | N/A | 3,775.65 | 3,775.65 | 153.46 |
| PYOD LLC as assignee of Citibankc/oResurgent Capital | 7100-000 | 5,678.22 | 5,678.22 | 5,678.22 | 230.79 |
| PYOD LLC as assignee of Citibankc/oResurgent Capital | 7100-000 | 10,829.09 | 10,829.09 | 10,829.09 | 440.14 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| PYOD LLC asassignee of Citibankc/o Resurgent Capital | 7100-000 | 13,949.44 | 14,606.76 | 14,606.76 | 593.68 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 10,377.94 | 10,377.94 | 421.80 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 18,761.08 | 18,761.08 | 762.53 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 8,357.23 | 8,357.23 | 339.67 |
| Chase Bank USA, N.A. | 7100-000 | 3,810.00 | 3,957.22 | 3,957.22 | 160.84 |
| American Express Bank, FSB | 7100-000 | N/A | 13,671.41 | 13,671.41 | 555.66 |
| FIA CARD SERVICES, NA/BANK OF AMERICA by American Infosource | 7100-000 | N/A | 22,796.77 | 22,796.77 | 926.56 |
| Macy's | 7100-000 | 1,513.00 | N/A | N/A | 0.00 |
| NES | 7100-000 | unknown | N/A | N/A | 0.00 |
| NES | 7100-000 | 22,796.77 | N/A | N/A | 0.00 |
| HSBC | 7100-000 | unknown | N/A | N/A | 0.00 |
| Heller and Frisone LTD | 7100-000 | 2,353.98 | N/A | N/A | 0.00 |
| HSBC | 7100-000 | unknown | N/A | N/A | 0.00 |
| Duck Under Again LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| Hari Kadric | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| ES Windows Inc | 7100-000 | 2,813.00 | N/A | N/A | 0.00 |
| HSBC Bankruptcy Dept. | 7100-000 | 4,789.34 | N/A | N/A | 0.00 |
| Peoples Gas | 7100-000 | 13,023.89 | N/A | N/A | 0.00 |
| Visa | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| South Shore Decorating | 7100-000 | 1,708.79 | N/A | N/A | 0.00 |
| Zwicker & Associates, P.C. Attorneys At Law | 7100-000 | 13,671.41 | N/A | N/A | 0.00 |
| Sentry Credit | 7100-000 | unknown | N/A | N/A | 0.00 |
| Zwicker & Associates, P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| Sentry Credit | 7100-000 | unknown | N/A | N/A | 0.00 |
| Peoples Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| Peoples Gas | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| Sandrick Law Firm LLC | 7100-000 | 1,236.00 | N/A | N/A | 0.00 |
| City of Chicago Department of Water Management | 7100-000 | 533.34 | N/A | N/A | 0.00 |
| Sentry Credit | 7100-000 | 3,775.65 | N/A | N/A | 0.00 |
| Chicago Department of Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| CitiBank | 7100-000 | unknown | N/A | N/A | 0.00 |
| Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | unknown | N/A | N/A | 0.00 |
| Capital 1 BK | 7100-000 | 17,111.14 | N/A | N/A | 0.00 |
| Chicago Department of Revenue C/O Arnold Scott Harris, PC | 7100-000 | 2,784.58 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 36,725.18 | N/A | N/A | 0.00 |
| Capital 1 BK | 7100-000 | unknown | N/A | N/A | 0.00 |
| Capital 1 BK | 7100-000 | 4,579.13 | N/A | N/A | 0.00 |
| Capital 1 BK | 7100-000 | unknown | N/A | N/A | 0.00 |
| Cach LLC | 7100-000 | 15,720.13 | N/A | N/A | 0.00 |
| Cach LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| Cach LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| Citi Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 187,802.08 | 117,600.71 | 117,600.71 | 4,779.79 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-00022
Case Name: TUDOR, SONJA
Period Ending: 09/07/10

Trustee: (520196) MICHAEL G. BERLAND
Filed (f) or Converted (c): 01/02/09 (f)
§341(a) Meeting Date: 02/02/09
Claims Bar Date: 12/31/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Tax refund-unscheduled (u) | 0.00 | 6,142.00 | | 6,142.00 | 0.00 |
| 2 | 633 Pheasant, Frankfort-scheduled | 405,000.00 | 0.00 | | 0.00 | FA |
| 3 | Chase-checking-scheduled | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 403 b-scheduled | 25,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2004 Vovlo-scheduled | 6,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2000 Pickup-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.09 | Unknown |
| 9 | Assets     Totals (Excluding unknown values) | $445,500.00 | $6,142.00 | | $6,144.09 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee liqudated a tax refund.

Initial Projected Date Of Final Report (TFR):    August 31, 2013         Current Projected Date Of Final Report (TFR):    August 31, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number: 09-00022  
Case Name: TUDOR, SONJA  

Taxpayer ID #: **-***9538  
Period Ending: 09/07/10  

Trustee: MICHAEL G. BERLAND (520196)  
Bank Name: JPMORGAN CHASE BANK, N.A.  
Account: ***-*****80-65 - Money Market Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/09 | {1} | Sonja Tudor | Tax refund | 1224-000 | 6,142.00 | | 6,142.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,142.25 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,142.50 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,142.75 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,142.99 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 6,143.22 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,143.49 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.04 | | 6,143.53 |
| 04/06/10 | | Wire out to BNYM account 9200******8065 | Wire out to BNYM account 9200******8065 | 9999-000 | -6,143.53 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -6,143.53 | 0.00 | |
| Subtotal | 6,143.53 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,143.53 | $0.00 | |

{} Asset reference(s)                                                                                          Printed: 09/07/2010 12:40 PM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-00022 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | TUDOR, SONJA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****80-66 - Checking Account |
| Taxpayer ID #: | **-***9538 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/07/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 09/07/2010 12:40 PM  V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 09-00022 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: TUDOR, SONJA | Bank Name: The Bank of New York Mellon |
| | Account: 9200-******80-65 - Money Market Account |
| Taxpayer ID #: **-****9538 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 09/07/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | 9999-000 | 6,143.53 | | 6,143.53 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.29 | | 6,143.82 |
| 05/24/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.27 | | 6,144.09 |
| 05/24/10 | | To Account #9200******8066 | Transfer for purpose of final distribution | 9999-000 | | 6,144.09 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,144.09 | 6,144.09 | $0.00 |
| | | | Less: Bank Transfers | | 6,143.53 | 6,144.09 | |
| | | | Subtotal | | 0.56 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.56 | $0.00 | |

{} Asset reference(s)

Printed: 09/07/2010 12:40 PM   V.12.52

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-00022 | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | TUDOR, SONJA | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******80-66 - Checking Account |
| Taxpayer ID #: | **-***9538 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/07/10 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/10 | | From Account #9200******8065 | Transfer for purpose of final distribution | 9999-000 | 6,144.09 | | 6,144.09 |
| 05/26/10 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,364.30; Trustee Compensation; Reference: | 2100-000 | | 1,364.30 | 4,779.79 |
| 05/26/10 | 10102 | Recovery Management Systems Corporation For Capital Recovery | Dividend paid 4.06% on $4,789.34; Claim# 2; Filed: $4,789.34; Reference: | 7100-000 | | 194.66 | 4,585.13 |
| 05/26/10 | 10103 | Recovery Management Systems Corporation for Capital Recovery | Dividend paid 4.06% on $3,775.65; Claim# 3; Filed: $3,775.65; Reference: | 7100-000 | | 153.46 | 4,431.67 |
| 05/26/10 | 10104 | PYOD LLC as assignee of Citibankc/oResurgent Capital | Dividend paid 4.06% on $5,678.22; Claim# 4; Filed: $5,678.22; Reference: | 7100-000 | | 230.79 | 4,200.88 |
| 05/26/10 | 10105 | PYOD LLC as assignee of Citibankc/oResurgent Capital | Dividend paid 4.06% on $10,829.09; Claim# 5; Filed: $10,829.09; Reference: | 7100-000 | | 440.14 | 3,760.74 |
| 05/26/10 | 10106 | PYOD LLC asassignee of Citibankc/o Resurgent Capital | Dividend paid 4.06% on $14,606.76; Claim# 6; Filed: $14,606.76; Reference: | 7100-000 | | 593.68 | 3,167.06 |
| 05/26/10 | 10107 | Chase Bank USA, N.A. | Dividend paid 4.06% on $10,377.94; Claim# 7; Filed: $10,377.94; Reference: | 7100-000 | | 421.80 | 2,745.26 |
| 05/26/10 | 10108 | Chase Bank USA, N.A. | Dividend paid 4.06% on $18,761.08; Claim# 8; Filed: $18,761.08; Reference: | 7100-000 | | 762.53 | 1,982.73 |
| 05/26/10 | 10109 | Chase Bank USA, N.A. | Dividend paid 4.06% on $8,357.23; Claim# 9; Filed: $8,357.23; Reference: | 7100-000 | | 339.67 | 1,643.06 |
| 05/26/10 | 10110 | Chase Bank USA, N.A. | Dividend paid 4.06% on $3,957.22; Claim# 10; Filed: $3,957.22; Reference: | 7100-000 | | 160.84 | 1,482.22 |
| 05/26/10 | 10111 | American Express Bank, FSB | Dividend paid 4.06% on $13,671.41; Claim# 11; Filed: $13,671.41; Reference: | 7100-000 | | 555.66 | 926.56 |
| 05/26/10 | 10112 | FIA CARD SERVICES, NA/BANK OF AMERICA by American Infosource | Dividend paid 4.06% on $22,796.77; Claim# 12; Filed: $22,796.77; Reference: | 7100-000 | | 926.56 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 6,144.09 | 6,144.09 | $0.00 |
| Less: Bank Transfers | | 6,144.09 | 0.00 | |
| Subtotal | | 0.00 | 6,144.09 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $6,144.09 | |

() Asset reference(s)    Printed: 09/07/2010 12:40 PM    V.12.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-00022 | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** TUDOR, SONJA | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-\*\*\*\*\*\*80-66 - Checking Account |
| **Taxpayer ID #:** \*\*-\*\*\*\*9538 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 09/07/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*.\*\*\*\*\*80-65 | 6,143.53 | 0.00 | 0.00 |
| Checking # \*\*\*.\*\*\*\*\*80-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-\*\*\*\*\*\*80-65 | 0.56 | 0.00 | 0.00 |
| Checking # 9200-\*\*\*\*\*\*80-66 | 0.00 | 6,144.09 | 0.00 |
| | $6,144.09 | $6,144.09 | $0.00 |

{} Asset reference(s)    Printed: 09/07/2010 12:40 PM    V.12.52